# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HENRY ARELLANO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:23-cv-30-JDK |
| § | |
| CAVALRY PORTFOLIO SERVICES, § | |
| LLC, et al., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Plaintiff Henry Arellano has voluntarily dismissed with prejudice Defendants Cavalry Portfolio Services (Docket No. 6), TransUnion (Docket No. 14), and Experian Information Solutions (Docket No. 15). Plaintiff and remaining Defendant Equifax Information Services have jointly stipulated to dismissal with prejudice (Docket No. 16).

Pursuant to these voluntary and stipulated dismissals and Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **25th** day of **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE